# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-3804

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Western |
| v. | * | District of Missouri. |
| | * | |
| Edward V. Burris, | * | **[UNPUBLISHED]** |
| | * | |
| Appellant. | * | |

_____

Submitted: July 5, 2002
Filed: July 8, 2002

_____

Before LOKEN, BEAM, and RILEY, Circuit Judges.

_____

PER CURIAM.

A jury found Edward V. Burris guilty of being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). The district court[1] sentenced him to 46 months imprisonment and 3 years supervised release. On appeal, Burris argues that the government presented insufficient evidence to prove that he knowingly possessed the firearm.

_____

[1]The HONORABLE NANETTE K. LAUGHREY, United States District Judge for the Western District of Missouri.

We conclude that there was sufficient evidence--most notably, Burris's signed statement admitting that he carried the firearm for protection--for a reasonable jury to conclude that Burris knowingly possessed the firearm.  See United States v. Stroh, 176 F.3d 439, 440 (8th Cir. 1999); United States v. Balanga, 109 F.3d 1299, 1301 (8th Cir. 1997).

Accordingly, we affirm the judgment of the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

-2-